THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:16-cv-00333-MR

| | |
|---|---|
| ANNETTE LEWIS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>NANCY A. BERRYHILL, Acting )<br>Commissioner of Social Security, )<br>)<br>Defendant. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court the Plaintiff's Motion for Substitution of Party. [Doc. 14].

Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's motion [Doc. 14] is **ALLOWED**, and Robert Lewis is hereby substituted as the party plaintiff in this action.

**IT IS SO ORDERED**.

Signed: September 28, 2017

Martin Reidinger
United States District Judge